Certificate Number: 18132-PAW-DE-033887860

Bankruptcy Case Number: 19-23698



18132-PAW-DE-033887860

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 31, 2019, at 9:14 o'clock AM MST, MARSHALL SMITH completed a course on personal financial management given by internet by $$$$$Simple Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: December 31, 2019         By:    /s/Laura Hauptman

                                Name:  Laura Hauptman

                                Title: Credit Counselor

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

2020 JAN -6  A 10: 55

RECEIVED