UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

# MEMORANDUM

TO:        Marshall Lane Smith, Bankruptcy No. 19-23698 CMB

FROM:   Lylenn Fox, US Bankruptcy Court for The Western District of PA

SUBJECT: Certificate of Debtor Education

DATE:    January 6, 2020

The Clerk's Office received your Certificate(s) of Debtor Education in the mail today. Please be advised that current Official Bankruptcy Form B423 must be filed, for the debtor(s), within 14 days from the date of this memorandum, to certify the Financial Management Course was completed.

Enclosed are blank form(s) with this Memorandum. Please complete and return these to the Clerk's Office at:

> U.S. Bankruptcy Court
> 5414 U.S. Steel Tower
> 600 Grant Street
> Pittsburgh, PA  15219

If you have any further questions, please contact the Clerk's Office at 412-644-2700.

**Fill in this information to identify the case:**

Debtor 1 _____
         First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

---

Official Form 423

# Certification About a Financial Management Course

12/15

If you are an individual, you must take an approved course about personal financial management if:

- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) applies.

In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.

## Part 1: Tell the Court About the Required Course

You must check one:

☐ I completed an approved course in personal financial management:

Date I took the course _____
                       MM / DD / YYYY

Name of approved provider _____

Certificate number _____

☐ I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on (check one):

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

☐ **Residence.** I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

## Part 2: Sign Here

I certify that the information I have provided is true and correct.

_____     _____     Date _____
Signature of debtor, named on certificate    Printed name of debtor                  MM / DD / YYYY

Official Form 423                    Certification About a Financial Management Course